(April 28, 1960)

■ MILTON L. EHRLICH, INCORPORATED, v. SWISS CONSTRUCTION CORPORATION et al.— Motion for stay granted and the stay contained in the order to show cause, dated April 14, 1960, is continued on the conditions therein set forth, pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ BLANCHE BERNARD v. SEYOFF CORP. et al.— Motion granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 11, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 18, 1960, and reply briefs are to be served and filed on or before May 23, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM D. LUNNEY v. DOVER GARAGE, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless defendants-respondents-appellants serve and file their points as appellant and as respondent on or before May 11, 1960. The plaintiff-appellant-respondent's points as respondent and reply points as appellant are to be served and filed on or before May 21, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.